# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ,<br>    Plaintiff,<br><br>      v.<br><br>RALPHS GROCERY COMPANY,<br>    Defendant. | CV-18-04239-DSF-(PJWx)<br><br>JUDGMENT |

The Court having granted Defendant's motion for summary judgment as to the federal claim, denied Plaintiff's motion for summary judgment, and declined to exercise supplemental jurisdiction over the state law claim,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that Plaintiff's First Cause of Action be dismissed with prejudice, that Plaintiff's Second Cause of Action be dismissed without prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: August 14, 2019

_____
Dale S. Fischer
United States District Judge